```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

MAPLEBEAR INC., D/B/A INSTACART,

            Plaintiff,

       - against -

CITY OF NEW YORK, ET AL.,

           Defendants.

------------------------------------------------------

25-cv-9979 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiff has moved for a preliminary injunction. Responsive papers are due on December 16, 2025. Reply papers are due on December 30, 2025. All parties should provide courtesy copies of the papers to this Court's chambers.

    A hearing on the motion for a preliminary injunction will be held on **Thursday, January 15, 2026, at 10:30 a.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
           December 10, 2025

                                          _____
                                             John G. Koeltl
                                          **United States District Judge**