UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAPLEBEAR INC. d/b/a INSTACART, a Delaware Corporation, *Plaintiff*, v. CITY OF NEW YORK, et al., *Defendants*. | Case No. 1:25-cv-09979(JGK) |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1292(a)(1), Maplebear Inc. d/b/a Instacart, Plaintiff in Case No. 1:25-cv-09979(JGK), appeals to the United States Court of Appeals for the Second Circuit from the January 22, 2026 Memorandum Opinion and Order denying its motion for a preliminary injunction (Dkt. No. 40), and from all associated and underlying orders, judgments, and decisions.

January 26, 2025                                                Respectfully submitted,

/s/ Eamon P. Joyce

| | |
|---|---|
| Eli Freedberg | Eamon P. Joyce |
| Michael Paglialonga | SIDLEY AUSTIN LLP |
| LITTLER MENDELSON, P.C. | 787 Seventh Avenue |
| 290 Broadway Road, Suite 305 | New York, NY 10019 |
| Melville, NY 11747 | 212.839.5300 |
| 631.247.4713 | ejoyce@sidley.com |
| efreedberg@littler.com | |
| mpaglialonga@littler.com | |
| | |
| Alexander T. MacDonald | Tobias S. Loss-Eaton |
| (*pro hac vice*) | Jacob Steinberg-Otter |
| James A. Paretti, Jr. | SIDLEY AUSTIN LLP |
| (*pro hac vice*) | 1501 K Street NW |
| LITTLER MENDELSON, P.C. | Washington, DC 20005 |
| 815 Connecticut Ave., NW | 202.736.8000 |
| Washington, DC 20006 | tlosseaton@sidley.com |
| 202.842.3400 | jacob.steinbergotter@sidley.com |
| amacdonald@littler.com | |

*Counsel for Plaintiff*

2