UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAPLEBEAR INC., D/B/A/ INSTACART,

                    Plaintiff,

        - against -

CITY OF NEW YORK, ET AL.,

                    Defendants.

25-cv-9979 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On January 26, 2026, the plaintiff moved for an injunction pending the appeal of the denial of the plaintiff's motion for a preliminary injunction. The defendant shall respond by **Thursday, January 29, 2026, at 5:00 p.m.** The plaintiff shall reply by Friday, January 29, 2026, at 5:00 p.m.

SO ORDERED.

Dated:    New York, New York
           January 27, 2026

                        John G. Koeltl
                 United States District Judge