UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

MAPLEBEAR INC., D/B/A/ INSTACART,

                Plaintiff,

     - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

————————————————————————————

25-cv-9979 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On February 16, 2026, the plaintiff, Maplebear Inc., which does business as "Instacart," moved to stay proceedings in this action pending Instacart's appeal of this Court's January 22, 2026 order denying Instacart's motion for a preliminary injunction. The defendants may respond on or before **February 23, 2026.** Instacart may reply on or before **February 26, 2026.**

SO ORDERED.

Dated:    New York, New York
          February 18, 2026

                           John G. Koeltl
                 United States District Judge