UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

MAPLEBEAR INC., D/B/A/ INSTACART,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

_____

25-cv-9979 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated during the telephone conference on March 5, 2026, the plaintiff's motion to stay proceedings pending appeal is **granted**.

    The Clerk is instructed to close ECF No. 50.

SO ORDERED.

Dated:    New York, New York
          March 12, 2026

                        _____
                          John G. Koeltl
                  United States District Judge